**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Barbara J. Stilley and Zachary Elmore, Defendants,

Of whom Barbara J. Stilley is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-000910

Appeal From Greenwood County
Joseph C. Smithdeal, Family Court Judge

Unpublished Opinion No. 2018-UP-016
Submitted December 11, 2017 – Filed January 5, 2018

**AFFIRMED**

Melinda Inman Butler, of the Butler Law Firm, of Union,
for Appellant.

Dawn Puderbaugh Hodges, of Greenwood, for
Respondent.

Carson McCurry Henderson, of the Henderson Law Firm, of Greenwood, for the Guardian ad Litem.

—————————

**PER CURIAM:**  Barbara Stilley appeals the family court's final order of removal and terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-1660 (2010 & Supp. 2016); S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Stilley's counsel.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

—————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.